No. 04–1692. CONTINENTAL PET TECHNOLOGIES, INC. *v.* SAN-DOVAL PALACIAS. Ct. App. Ga. Certiorari denied. ▮

No. 04–1694. ASARNOW *v.* NEW JERSEY ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 04–1696. LUMUMBA *v.* MISSISSIPPI BAR. Sup. Ct. Miss. Certiorari denied. ▮

No. 04–1700. GUIDI, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF GUIDI, ET AL. *v.* INTER-CONTINENTAL HOTELS CORP. ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 04–1701. ISEN *v.* FEDERAL EXPRESS CORP. C. A. 6th Cir. Certiorari denied.

No. 04–1703. FORRESTER, CONSERVATOR OF THE ESTATE OF BASS *v.* ROSA ET AL. C. A. 8th Cir. Certiorari denied. ▮

No. 04–1705. EVERSON ET AL. *v.* MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 04–1707. OTTO ET AL. *v.* WESTERN PENNSYLVANIA TEAM-STERS & EMPLOYERS PENSION FUND ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 04–1708. MISEK-FALKOFF *v.* DOUGLAS. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 04–1711. BROKAW *v.* QUALCOMM, INC., ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 04–1713. EAGLES, LTD., ET AL. *v.* FELDER. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–1714. GONZALES RIOS *v.* CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 04–1715. TAMAYO ET AL. *v.* GONZALES, ATTORNEY GEN-ERAL. C. A. 9th Cir. Certiorari denied. ▮